AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

FIRE DISTRIBUTORS PLUS, LLC, a Florida limited liability company

*Plaintiff(s)*

v.

EZ TOBACCO & VAPE LLC, a West Virginia Limited Liability Corporation, and HEITHAM ALHADAL, an individual residing in West Virginia,

*Defendant(s)*

Civil Action No. 0:23-cv-61483-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EZ TOBACCO & TAPE, LLC
11 River Walk Mall, South Charleston, West Virginia.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Louis R. Gigliotti, PA
1605 Dewey Street
Hollywood, FL 33020
Ph: 954 471 4392
Email: lgigliotti@bellsouth.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Aug 2, 2023

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FIRE DISTRIBUTORS PLUS, LLC, a Florida limited liability company <br><br> *Plaintiff(s)* <br> v. <br> EZ TOBACCO & VAPE LLC, a West Virginia Limited Liability Corporation, and HEITHAM ALHADAL, an individual residing in West Virginia, <br><br> *Defendant(s)* | Civil Action No. 0:23-cv-61483-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HEITHAM ALHADAL
11 River Walk Mall, South Charleston, West Virginia.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Louis R. Gigliotti, PA
1605 Dewey Street
Hollywood, FL 33020
Ph: 954 471 4392
Email: lgigliotti@bellsouth.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Aug 2, 2023

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts